UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN JOHN GOLLNICK,

    Plaintiff,

v.

                                            Civil Case No. 21-11123
                                            Honorable Linda V. Parker

C/O MORE, C/O MASAS, MISS FIEGER,
C/O NICHOLAS WHITE, C/O SMITH, C/O WHITE,
C/O GREEN, C/O WILLIAMS, FNU STEVENSON,
FNU HERRIS, FNU RITERD,
GOVERNOR GRETCHEN E. WHITMER,
ALLISON ADAMS, JUDGE MICHAEL R. SMITH,
SARA LISZNYAI, NEAL R. BRADY,
TIM ANDWIPE PARCKS, P. WILLIAM O'GRADY,
KIRK AKASHIAN, BRENT R. WEIGLE,
DAVID T. COYLE, VICHALAS WHITE,
HEALTH SERVICES, and FOOD SERVICES,

    Defendants.
_____/

## **OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

On May 7, 2021, while a Michigan Department of Corrections prisoner, Plaintiff filed this lawsuit against Defendants and an application to proceed without prepaying fees or costs. (ECF Nos. 1, 2.) On July 9, 2021, the Court informed the parties of their obligation to notify it of any address changes. (ECF No. 6.) In April 2022, Plaintiff informed the Court that he had been released from prison and provided a new address. (ECF No. 15.) As Plaintiff no longer had a prison trust account, the Court could not grant him permission to proceed without prepaying fees or costs, but it granted him leave to proceed in forma pauperis. (*See* ECF No.

16.)  However, because the Complaint fails to satisfy the requirements of Federal Rule of Civil Procedure 8(a), the Court entered an opinion and order on November 17, 2022, requiring Plaintiff to file an amended complaint within thirty days.  (*Id.*)  The Court warned Plaintiff that the failure to file an amended pleading would result in the action being dismissed.  (*Id.* at Pg ID 85.)

As of this date, Plaintiff has not filed an amended complaint.  Plaintiff also appears to have changed his address without keeping the Court apprised of his new location.[1]

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: January 11, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 11, 2023, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

---

[1] Mail sent to Plaintiff from the Court has been returned as undeliverable.  The Michigan Department of Corrections Offender Tracking Information System also reflects that Plaintiff has absconded from parole.  *See* https://mdocweb.state.mi.us/otis2/otis2profile.aspx?mdocNumber=258339.